**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:11CR00317-001** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE: JAMES S. GWIN** |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **JUAN COLON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

      This matter was heard on February 19, 2016 upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Attorney Edward G. Bryan.

      The violation report was referred to Magistrate Judge Nancy A. Vecchiarelli who conducted an initial hearing and issued a Report and Recommendation on September 2, 2015 [Doc. 26]. The Report and Recommendation indicated that the defendant admitted to committing alleged violation 2. The report also indicated that the defendant knowingly and voluntarily waived his right to a preliminary hearing and moved to stay disposition on violation 1 pending the outcome of his state case. No objections having been filed, and upon the government's motion to dismiss violation 1, the Court adopted the Magistrate Judge's Report and Recommendation and found that the following term of supervision had been violated:

        2) failure to follow a Probation Officer's directive.

      The Court found the violation to be Grade C and that the defendant was a Criminal

History Category of IV.

Upon consideration, the Court ordered the defendant be placed on home confinement for a period of 6 months with electronic monitoring. Defendant will be required to remain in his residence unless given permission in advance by the Probation Officer to be elsewhere. Defendant may leave his residence to work, receive medical treatment and attend religious services with the approval of the Probation Officer. Upon completion of the term of home confinement, the defendant's federal supervised release shall terminate.

**IT IS SO ORDERED.**

Dated: February 22, 2016     *s/  James S. Gwin*
                             JAMES S. GWIN
                             UNITED STATES DISTRICT JUDGE